1094

No. 88–7069.  GARCIA *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 88–7074.  MCNEAL *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 88–7080.  MUMFORD *v.* BROWN, WARDEN.  C. A. 4th Cir.
Certiorari denied.

No. 88–7085.  GARCIA *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 88–7086.  GALLEGOS *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 88–7087.  HERNANDEZ-BELTRAN *v.* UNITED STATES.
C. A. 5th Cir.  Certiorari denied.

No. 88–7091.  UNDERWOOD *v.* WINEBRENNER, WARDEN.
C. A. 4th Cir.  Certiorari denied.

No. 88–7097.  SIMPSON *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 88–7106.  LANGE *v.* MCCAUGHTRY, SUPERINTENDENT,
WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certio-
rari denied.

No. 88–7108.  BROOKS *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 88–7112.  COOPER *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 88–7121.  HOFFER *v.* UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 88–7125.  SLOVACEK *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 88–7127.  LEWIS *v.* UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 88–7144.  MORAN *v.* WELLS, WARDEN.  C. A. 6th Cir.
Certiorari denied.